

Signed November 27, 2012.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| TXCO RESOURCES, INC., *et al.*, | § | CASE NO. 09-51807-rbk |
| | § | |
| Debtors. | § | JOINTLY ADMINISTERED |
| _____ | § | _____ |
| | § | |
| TXCO RESOURCES, INC., | § | |
| Plaintiff, | § | |
| | § | ADVERSARY |
| v. | § | NO. 09-05125-rbk |
| | § | |
| PEREGRINE PETROLEUM, L.L.C., | § | |
| Defendant. | § | |

**MEMORANDUM REGARDING THE**
**JOINT MOTION TO VACATE JUDGMENT AND OPINION**
**OF THE BANKRUPTCY COURT**

CAME ON, for consideration, the Joint Motion of PEREGRINE PETROLEUM, L.L.C. ("Peregrine") and REORGANIZED TXCO RESOURCES, INC., as successor in interest to TXCO Resources, Inc. ("RTXCO"), to Vacate Judgment and Opinion of the Bankruptcy Court ("Joint Motion to Vacate"). As indicated in the Joint Motion to Vacate, the Court presently lacks

jurisdiction to grant the FED. R. CIV. P. 60(b) relief sought therein, due to the pendency of the parties' Appeal and Cross-Appeal in the United States District Court for the Western District of Texas ("District Court"). However, pursuant to well-established procedures approved by the United States Court of Appeals for the Fifth Circuit and nearly all other circuit courts of appeals, and as set out in the Joint Motion to Vacate and the authorities cited therein, this Court does have authority to indicate, and does hereby indicate for the record, that it would grant the Joint Motion to Vacate if the District Court were to remand Cause No. 5:12-cv-01058-OLG for the limited purpose of re-vesting this Court with jurisdiction to consider and rule on such motion.

# # #


**APPROVED AS TO FORM AND SUBSTANCE**:

LANGLEY & BANACK, INC.
745 East Mulberry, Suite 900
San Antonio, TX 78212
Telephone: (210) 736-6600
Facsimile: (210) 735-6889

By:   */s/ Bruce K. Spindler*
     BRUCE K. SPINDLER
     State Bar No. 18947050
     SARA MURRAY
     State Bar No. 14729400
     DAVID S. GRAGG
     State Bar No. 08253300
     DAVID M. EVANS
     State Bar No. 24032163

**ATTORNEYS FOR**
**PEREGRINE PETROLEUM, L.L.C.**

    **– AND –**

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395


By: */s/ Deborah D. Williamson*
　　DEBORAH D. WILLIAMSON
　　State Bar No. 21617500
　　JAMES M. TRUSS
　　State Bar No. 00797577
　　ELLEN B. MITCHELL
　　State Bar No. 14208875
　　MEGHAN E. BISHOP
　　State Bar No. 24055176

**ATTORNEYS FOR**
**REORGANIZED TXCO RESOURCES, INC.**